ECUMENICAL HOUSING PRODUCTION CORPORATION, Plaintiff-Respondent,

v.

Clara TAYLOR, Defendant-Appellant.

No. 51893.

Missouri Court of Appeals, Eastern District, Division Two.

April 21, 1987.

Gail R. Klearman, Legal Services of Eastern Missouri, Inc., St. Louis, for defendant-appellant.

Andrew D. Dillon, St. Louis, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals from the trial court's judgment of unlawful detainer and award of damages to plaintiff. We affirm. We have examined the record and conclude the trial court did not err. An extended opinion would have no precedential value. The parties have been furnished with a memo-

randum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).